475 A.2d 1168

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

v.

**Thomas Philip POWERS, Mose Lewis III, Steven Martin Cooper and Douglas James Adams.**

**Misc. (Subtitle BV) No. 17, Sept. Term, 1983.**

Court of Appeals of Maryland.

June 22, 1984.

## ORDER

The Court having filed an Order on June 4, 1984, 300 Md. 25, 475 A.2d 1167, in the above entitled case stating that upon payment of all costs of these proceedings by the respondents the charges shall be forthwith dismissed; and

Bar Counsel having notified the Court on June 11, 1984, that respondents have fully paid the costs, it is this 22nd day of June, 1984

ORDERED, by the Court of Appeals of Maryland, that the charges in these proceedings be, and they are hereby, dismissed.